916

MAY 22, 1970

No. ——. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY *v.* P. B. I. C., INC., ET AL. D. C. Mass. Application for stay denied by an equally divided court. THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART would grant the stay. [For earlier order herein, see 397 U. S. 1082.]